(106 So. 925)

Simmie TRIPLETT v. STATE. (7 Div. 198.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Clay County; E. S. Lyman, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(110 So. 926)

TRUSTEES' LOAN & GUARANTY CO. v. S. C. JOHNSON et al. (6 Div. 67.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge.

SAMFORD, J. Appeal dismissed.

---

(109 So. 927)

F. TSCHUDY v. Sallie Lou WATSON. (6 Div. 41.) (Court of Appeals of Alabama. June 15, 1926.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge. Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant. Drennen & Burns, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by consent.

---

(106 So. 925)

Will TURNER v. STATE. (3 Div. 500.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge. Guy Rice, of Prattville, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

RICE, J. Appellant was convicted of the offense of petit larceny. The property, a fly tent or tarpaulin, was taken from a building where it had been left by the prosecuting witness. A discussion of the evidence would not be helpful. That offered on behalf of the state and the defendant made the question of defendant's guilt vel non one proper to be submitted to the jury. Morrow v. State, 19 Ala. App. 212, 97 So. 106. There was no motion for a new trial. We find nowhere any prejudicial error, and the judgment is affirmed. Affirmed.

---

(108 So. 926)

William TURNER v. STATE. (6 Div. 910.) (Court of Appeals of Alabama. May 11, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Distilling.

RICE, J. Affirmed.

---

(109 So. 927)

Boy TYRE v. STATE. (6 Div. 917.) (Court of Appeals of Alabama. June 8, 1926. Rehearing Denied June 29, 1926.) Appeal from Circuit Court, Fayette County; Ernest Lacy, Judge. S. T. Wright, of Fayette, and Curtis, Pennington & Pou, of Jasper, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., and M. E. Nettles, of Jasper, for the State. Certiorari denied by Supreme Court in Tyre v. State, 109 So. 922.

BRICKEN, P. J. This is the second appeal in this case. Tyre v. State, 20 Ala. App. 483, 103 So. 91. Upon the former appeal this court held that the evidence adduced upon that trial presented a jury question. The cause was reversed, however, because of error in the rulings of the court upon the admission of the testimony. A careful study of the evidence upon this appeal, and an attentive consideration thereof, convinces us that a question for the determination of the jury was clearly apparent upon this trial. The insistence here made that the defendant was entitled to the affirmative charge cannot be sustained. There were innumerable objections interposed and exceptions reserved upon this trial, and, while we have carefully considered all of them, we shall not undertake to discuss them in detail. We are convinced that the case was tried in a careful and painstaking manner in accordance with the former opinion here rendered. Our opinion is that the defendant has been accorded a fair and impartial trial, and that his substantial rights have not been injuriously affected by any of the rulings of the court here complained of. An affirmance of the judgment of conviction appealed from is therefore ordered. Affirmed.

---

(108 So. 927)

UNDERWOOD COAL & SUPPLY CO. v. L. M. BUSH. (1 Div. 648.) (Court of Appeals of Alabama. April 8, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(106 So. 925)

George VEASEY v. STATE. (4 Div. 60.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

---

(106 So. 925)

Logan VEASEY v. STATE. (4 Div. 148.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Vagrancy.

SAMFORD, J. Appeal dismissed.